UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number 08-17322 JHW

Debtor: Michael A. Gigliotti

| Check Number | Creditor | Amount |
|---|---|---|
| 1679663 | Countrywide Home Loans, Inc. | 4,085.04 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 12, 2010